# UNITED STATES DISTRICT COURT
**FOR THE NORTHERN DISTRICT OF NEW YORK**

_____

**KEVIN DEEGAN,**

                  **Plaintiff,**

                                   **CIVIL JUDGMENT**
        **-v-**                                   **5:00-CV-1531**

**CITY OF ITHACA, MARIETTE GELDENHUYS**, in her official capacity as City Attorney for the City of Ithaca, and **RICHARD BASILE**, in his official Capacity as Chief of Police of the City of Ithaca,

                  **Defendants.**

_____

**DECISION BY COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of plaintiff; defendants named herein, and their agents, are permanently enjoined from enforcing and/or applying City of Ithaca Municipal Code §240-4 and §157-18 so as to preclude legally protected speech that can be heard at a distance of twenty-five feet on public streets, sidewalks or ways, in the City of Ithaca; that § 240-4 and § 157-18 of the City of Ithaca Municipal Code, as construed, applied and enforced by defendant violated plaintiffs' first amendment rights and failed to provide him fair notice of the conduct they proscribed; plaintiff is awarded $1 in nominal damages; this Court retains jurisdiction of this action solely for the purpose of enforcing the judgment, should the need arise; and plaintiff's attorney is awarded $110,000.00 in attorney fees.


<u>December 14, 2006</u>                                     LAWRENCE K. BAERMAN
Date                                                            Clerk


                                                                          *Judi L. Roberts*

                                                                           Judi L. Roberts
                                                                           Deputy Clerk